# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ERIK RASMUSSON,

      Plaintiff,

v.

LAS VEGAS SUN, et al.,

      Defendants.

Case No. 2:21-cv-00094-KJD-NJK

**REPORT AND RECOMMENDATION**

On January 26, 2021, the Court issued an order instructing Plaintiff to either pay the filing fee or file a complete application to proceed *in forma pauperis* no later than March 26, 2021. Docket No. 3. The Court cautioned Plaintiff that failure to comply with the Court's order will result in a recommendation to the District Judge that this matter be dismissed. *Id.* at 2. To date, Plaintiff has not paid the filing fee or filed a complete application to proceed *in forma pauperis*, and no extension has been requested. *See* Docket.

Accordingly, **IT IS RECOMMENDED** that this matter be dismissed without prejudice.

Dated: April 6, 2021

 

 

Nancy J. Koppe
United States Magistrate Judge

## **NOTICE**

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).